## First District.

---

Central Brewing Company, appellant, v. Columbia Malting Company, appellee. Gen. No. 25,988.

Action to recover damages for failure to deliver goods. Judgment *nil capiat*. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed November 29, 1920.

Moses, Rosenthal & Kennedy, for appellant; Julius Moses and Henry Jackson Darby, of counsel. Frederick A. Brown, for appellee; Henry H. Cole and E. Perry, of counsel.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

John I. Hall, appellee, v. Hiram F. Below, appellant. Gen. No. 26,072.

Action to recover amount due under contract of sale of lumber. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Jacob H. Hopkins, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed November 29, 1920. Rehearing denied December 13, 1920. *Certiorari* denied by Supreme Court (making opinion final).

Gregory & McNab, for appellant; Albert S. Long, of counsel. Simon T. Sutton and Harry A. Goldsmith, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

William A. Lewis, defendant in error, v. Frank J. Bilek, plaintiff in error. Gen. No. 25,897.

Bill to enjoin the display of printers' union label. Decree for complainant. Error to the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed November 29, 1920. Rehearing denied December 13, 1920. *Certiorari* denied by Supreme Court (making opinion final).

Andalman & Cohen, for plaintiff in error. John J. Sonsteby, for defendant in error.

Mr. Justice Dever delivered the opinion of the court.